IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION<br>214 Massachusetts Ave. N.E.<br>Washington, D.C. 20002<br><br>MIKE HOWELL<br>214 Massachusetts Ave. N.E.<br>Washington, D.C. 20002<br><br>     *Plaintiffs,*<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20530<br><br>     *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 24-cv-2715<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT AND PRAYER FOR DECLARATORY
AND INJUNCTIVE RELIEF**

   Plaintiffs THE HERITAGE FOUNDATION and MIKE HOWELL (collectively "Plaintiffs") for their complaint against Defendant, U.S. DEPARTMENT OF JUSTICE ("DOJ"), allege on knowledge as to Plaintiffs, and on information and belief as to all other matters, as follows:

   1.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C § 552, to compel the production of certain records related to final advice from the DOJ's Office of Legal Counsel ("OLC") concerning the 25th Amendment. *See* Plaintiffs' FOIA Request (Sept. 11, 2024) ("DOJ Request" or "Plaintiffs' DOJ FOIA Request") (Ex. 1).

1

**PARTIES**

2.      Plaintiff, The Heritage Foundation is a Washington, D.C.-based nonpartisan public policy organization with a national and international reputation whose mission is to "formulate and promote public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national defense." Heritage Foundation, About Heritage, https://www.heritage.org/about-heritage/mission (last visited Mar. 19, 2024).  Heritage is a not-for-profit section 501(c)(3) organization which engages in substantial dissemination of information to the public.

3.      Plaintiff Mike Howell leads The Heritage Foundation's Oversight Project and is an author for *The Daily Signal*, a national news outlet.  The Oversight Project is an initiative aimed at obtaining information via FOIA requests and other means in order to best inform the public and Congress for the purposes of Congressional oversight.  "The requests and analyses of information are informed by Heritage's deep policy expertise.  By its nature, the Oversight Project is primarily engaged in disseminating information to the public."  Oversight Project, *found at* https://www.heritage.org/oversight (last visited Sept. 23, 2024); Oversight Project (@OversightPR), X (last visited Sept. 23, 2024), https://twitter.com/OversightPR.  Staff for the Oversight Project routinely appear on television, radio, print, and other forms of media to provide expert commentary on salient issues in the national debate.

4.      Defendant DOJ is a federal agency of the United States within the meaning of 5 U.S.C. § 552(f)(1) whose mission statement is whose mission statement is to "uphold the rule of law, to keep our country safe, and to protect civil rights."  About DOJ; Our Mission, *found at* https://www.justice.gov/about (last visited Sept. 23, 2024).

2

5. OLC is a component of DOJ whose mission statement is to "provide[] legal advice to the President and all executive branch agencies." Office of Legal Counsel; About the Office, *found at* https://www.justice.gov/olc (last visited Sept. 23, 2024).

## BACKGROUND

6. On July 21, 2024, President Joseph R. Biden officially announced the termination of his candidacy from the 2024 Presidential Election.

7. Media outlets reported that President Biden dropped out of the 2024 Presidential Election due to pressure from senior leaders within the Democrat Party who, among other things, threatened removing the President by invoking the 25th Amendment. *See generally*, App. A.

8. OLC frequently provides (and is asked to provide) advice concerning the construction of Constitutional Amendments.

9. The 25th Amendment is considered a legally ambiguous Amendment. Indeed, that legal ambiguity has featured prominently in popular culture such as in Seasons 2 and 6 of the hit series *24*.

## JURISDICTION AND VENUE

10. This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) because this action is brought in the District of Columbia and 28 U.S.C. § 1331 because the resolution of disputes under FOIA presents a federal question.

11. Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendant's principal place of business is in the District of Columbia.

## PLAINTIFFS' FOIA REQUEST

12. Plaintiffs submitted the Request on September 11, 2024, to Defendant.

13. The Request sought: "any final advice external from OLC relating to the 25th [A]mendment", from "June 1, 2024 to present. Request at 1.

14. The Request sought a fee waiver based on Heritage's status as a not-for-profit and the fact that a purpose of the Request was to allow Heritage to gather information on a matter of public interest for (among other things) use by authors of, *The Daily Signal*, which is a major news outlet. *Id.* at 4–5.

15. The Request also sought production of records in partial responses as soon as they became available. *Id.* at 4

### REQUEST FOR EXPEDITED PROCESSING

16. Plaintiffs requested Expedited Processing for the Request. *See* Ex. 1 at 5. The factual and legal basis for the Application was explained in a four-page submission.

17. The Request attached three appendices totaling 161 pages of news articles discussing the 25th Amendment and President Biden. The foregoing coverage was "widespread and exceptional" and surfaces "questions about the Government's integrity that affect public confidence." 28 C.F.R. § 16.5(e)(1)(iv).

### DEFENDANT'S CONSTRUCTIVE DENIAL OF EXPEDITED PROCESSING

18. Defendant submitted the Request via OLC's FOIA email box on September 11, 2024. *See* Email Correspondence between Roman Jankowski and OLC FOIA Office (Sept. 11, 2024) (Ex. 2).

19. Defendant has not made a determination on the Request.

20. Defendant has not made a decision on Plaintiffs' application for expedited processing.

21. Ten calendar days from September 11, 2024, is September 21, 2024.

**FIRST CLAIM FOR RELIEF**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Denial of Expedited Processing**

22. Plaintiffs re-allege the foregoing paragraphs as if fully set out herein.

23. FOIA requires all doubts to be resolved in favor of disclosure. "Transparency in government operations is a priority of th[e Biden] . . . Administration." Attorney General, *Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines*, at 4 (Mar. 15, 2022).

24. Plaintiffs properly requested records within the possession, custody, or control of Defendant.

25. Plaintiffs properly asked that DOJ expedite the processing of Plaintiffs' FOIA Request, based upon Plaintiffs' showing that the foregoing coverage was "widespread and exceptional" and surfaces "questions about the Government's integrity that affect public confidence." 28 C.F.R. § 16.5(e)(1)(iv).

26. Defendant did not rule on Plaintiffs' request for expedited processing.

27. Defendant is in violation of FOIA.

28. Plaintiffs are being irreparably harmed by reason of Defendant's violation of FOIA. Plaintiffs are being denied information to which they are statutorily entitled to on an expedited basis and that is important to carrying out Plaintiffs' functions as a non-partisan research and educational institution and publisher of news. Plaintiffs will continue to be irreparably harmed unless Defendants are compelled to comply with the law.

29. Plaintiffs have no adequate remedy at law.

**WHEREFORE** as a result of the foregoing, Plaintiffs pray that this Court:

A. Enter a preliminary and permanent injunction compelling Defendant to process

Plaintiffs' FOIA Request on an expedited basis.

B.  Award Plaintiffs their costs and reasonable attorneys' fees in this action as provided by 5 U.S.C. § 522(a)(4)(E); and

C.  Grant such other and further relief as this Court may deem just and proper.

Dated:  September 23, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Samuel Everett Dewey
　　　　　　　　　　　　　　　　　　　SAMUEL EVERETT DEWEY
　　　　　　　　　　　　　　　　　　　(No. 999979)
　　　　　　　　　　　　　　　　　　　Chambers of Samuel Everett Dewey, LLC
　　　　　　　　　　　　　　　　　　　Telephone:  (703) 261-4194
　　　　　　　　　　　　　　　　　　　Email: samueledewey@sedchambers.com

　　　　　　　　　　　　　　　　　　　DANIEL D. MAULER
　　　　　　　　　　　　　　　　　　　(No. 977757)
　　　　　　　　　　　　　　　　　　　The Heritage Foundation
　　　　　　　　　　　　　　　　　　　Telephone: (202) 617-6975
　　　　　　　　　　　　　　　　　　　Email: Dan.Mauler@heritage.org

　　　　　　　　　　　　　　　　　　　KYLE BROSNAN
　　　　　　　　　　　　　　　　　　　(No. 90021475)
　　　　　　　　　　　　　　　　　　　The Heritage Foundation
　　　　　　　　　　　　　　　　　　　Telephone: (202) 608-6060
　　　　　　　　　　　　　　　　　　　Email: Kyle.Brosnan@heritage.org

　　　　　　　　　　　　　　　　　　　ERIC NEAL CORNETT
　　　　　　　　　　　　　　　　　　　(No. 1660201)
　　　　　　　　　　　　　　　　　　　Law Office of Eric Neal Cornett
　　　　　　　　　　　　　　　　　　　Telephone: (606) 275-0978
　　　　　　　　　　　　　　　　　　　Email: neal@cornettlegal.com

　　　　　　　　　　　　　　　　　　　MAX TAYLOR MATHEU
　　　　　　　　　　　　　　　　　　　(No. 90019809)
　　　　　　　　　　　　　　　　　　　Telephone: (727) 249-5254
　　　　　　　　　　　　　　　　　　　Email: maxmatheu@outlook.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*