IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Case No. 1:24-cv-02715-APM |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in response to the Court's October 15, 2024, Minute Order. The parties have conferred and agree that the merits of this Freedom of Information Act ("FOIA") case have been resolved. The parties propose that they continue to confer regarding whether there are any other issues remaining in this case, and jointly ask that the Court permit them to submit an update regarding the status of their efforts to resolve this matter by Monday, December 16, 2024, if the case has not been dismissed by then.

Dated: November 15, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　*/s/ Julia A. Heiman*
　　　　　　　　　　　　　　　　JULIA A. HEIMAN (D.C. Bar No. 986228)
　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　United States Department of Justice

      Civil Division, Federal Programs Branch
      1100 L Street, NW
      Washington, DC 20005
      Tel: 202-616-8480
      julia.heiman@usdoj.gov

*Counsel for Defendant*

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

ERIC NEAL CORNETT (No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

KYLE BROSNAN (No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

MAX TAYLOR MATHEU (No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*