IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 1:24-cv-02715-APM |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in response to the Court's December 27, 2024, Minute Order, in which the Court ordered the parties to advise the Court by January 31, 2025, whether any dispute remains as to fees and, if so, propose a schedule for further proceedings.  As the parties previously reported, Plaintiffs have made a fee demand and offer for settlement based on that demand.  The Department is evaluating that demand, but requires additional time to complete that process due to the press of other business.  The parties remain hopeful that all remaining issues will be resolved via negotiation, and propose that, if they are not able to reach an agreement regarding fees, they propose a schedule for briefing the issue of attorneys' fees by March 10, 2025.

Dated:  January 31, 2025            Respectfully submitted,

                        MICHAEL D. GRANSTON
                        Deputy Assistant Attorney General

                        MARCIA BERMAN
                        Assistant Branch Director
                        Federal Programs Branch

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

*Counsel for Defendant*

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

ERIC NEAL CORNETT (No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

KYLE BROSNAN (No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

MAX TAYLOR MATHEU (No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*